# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY AGUIRRE, | CASE NO. 2:15-CV-02199-SK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ALEX SAHBA, | |
| Defendant. | |

Pursuant to the Order Dismissing Complaint and Denying Motion for Injunctive Relief, **IT IS ADJUDGED** that the Second Amended Complaint is dismissed without leave to amend and this action hereby dismissed.[1]

DATED:  May 19, 2017

HON. STEVE KIM
U.S. MAGISTRATE JUDGE

---

[1] Both parties have consented to U.S. Magistrate Jurisdiction for all proceedings. (ECF Nos. 30, 44). Accordingly, the undersigned U.S. Magistrate Judge may order entry of judgment in this case. *See* 28 U.S.C. § 636(c)(1).